BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 05-0611 WHA |
| Plaintiff, | ) | |
| | ) | **AMENDED** STIPULATION AND |
| vs. | ) | [PROPOSED] ORDER CONTINUING |
| | ) | HEARING |
| CHARLES TOBIAS, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

The parties agree to continue the supervised release revocation hearing in the above-captioned matter from November 1, 2011 until November 29, 2011 at 2:00 p.m. The purpose of the continuance is to allow time for defense preparation, which defense counsel avers may enhance the possibility of potential resolution. Defense counsel further avers that the defendant resides in Florida and wishes to minimize the expense of repeated trips to this district, if at all possible. Defense counsel finally avers that both parties and the Probation Officer are available on the requested date.

It is so stipulated.

STIP & ORDER CONTINUING
HEARING
*United States v. Tobias*
CR 05-0611 WHA

DATED: 10/27/2011           _____/s/_____
                            RONALD TYLER
                            Assistant Federal Public Defender
                            Counsel for Charles Tobias


DATED: 10/27/2011           _____/s/_____
                            BRIGID MARTIN
                            Assistant United States Attorney


## [PROPOSED] ORDER

This matter is continued from November 1, 2011 until November 29, 2011 at 2:00 p.m.

IT IS SO ORDERED.


DATED: October 27, 2011.    _____
                            William Alsup
                            UNITED STATES DISTRICT JUDGE

STIP & ORDER CONTINUING HEARING
*United States v. Tobias*
CR 05-0611 WHA                    - 2 -